**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Todd Milton IVERY, Defendant–
Appellant.**

No. 12–12555
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 13, 2013.

Nicholas Oldham, Dahil Dueno Goss, David Michael Leta, Lawrence R. Somerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Robert Howard Citronberg, Law Office of Robert Citronberg, Atlanta, GA, for Defendant–Appellant.

Todd Milton Ivery, Lovejoy, GA, pro se.

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert Citronberg, appointed counsel for Todd Milton Ivery in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ivery's conviction and sentence are **AFFIRMED.**